# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### BLUEFIELD

**UNITED STATES OF AMERICA**

**v.**                                    CASE NUMBER: 1:20-mj-00051

**JAMES BRADDOCK BIGGERMAN**

## SEALED MOTION TO SEAL

Comes now the United States of America by Jennifer Rada Herrald, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Arrest Warrant, this sealed Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

/s/Jennifer Rada Herrald
JENNIFER RADA HERRALD
Assistant United States Attorney
WV Bar No. 12181
300 Virginia Street, East, Rm 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email: jennifer.herrald@usdoj.gov