AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 1:20-mj-00051 |
| James Braddock Biggerman ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 18, 2020_ in the county of _Mercer_ in the _Southern_ District of _West Virginia_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, as defined in 18 U.S.C. § 2423(f), or attempt to do so. |

This criminal complaint is based on these facts:

On or about July 18, 2020, James Braddock Biggerman knowingly traveled in interstate commerce, that is, from Hedgesville, WV, through the state of Virginia, to Bluefield, Mercer County, WV, for the purpose of engaging in illicit sexual conduct, that is, sexual intercourse, with a 13-year-old girl. Biggerman was arrested when he arrived at the arranged meeting location in Bluefield.

❐ Continued on the attached sheet.

*Complainant's signature*

Det.-Sgt. Steven Sommers, FBI TFO
*Printed name and title*

Signed and sworn to by telephonic means.

~~Sworn to before me and signed in my presence.~~

Date:  _October 1, 2020_

*Judge's signature*

City and state:  _Bluefield, West Virginia_

Omar J. Aboulhosn, United States Magistrate Judge
*Printed name and title*