```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                          BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:20-mj-00051

JAMES BRADDOCK BIGGERMAN

<u>MOTION FOR DETENTION HEARING</u>

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

   <u> X </u>  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

   <u>   </u>  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

   <u>   </u>  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

   <u>   </u>  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

   <u> X </u>  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

   <u>   </u>  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

   <u>   </u>  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

  2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

  3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

    ____ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    _X_ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

  4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

  5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6.      Other Matters.

_____

_____

DATED: October 6, 2020

                        Respectfully submitted,

                        MICHAEL B. STUART
                        United States Attorney

                By:
                        /s/Jennifer Rada Herrald
                        JENNIFER RADA HERRALD
                        Assistant United States Attorney
                        WV Bar No. 12181
                        300 Virginia Street, East, Rm 4000
                        Charleston, WV 25301
                        Telephone:  304-345-2200
                        Fax:  304-347-5104
                        Email: jennifer.herrald@usdoj.gov