

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:21-cr-00037

18 U.S.C. § 2422(b)

JAMES BRADDOCK BIGGERMAN

I N F O R M A T I O N
(Attempted Enticement of a Minor)

The United States Attorney Charges:

From on or about June 19, 2020, through on or about July 18, 2020, at or near Hedgesville, Berkeley County, West Virginia, and elsewhere, defendant JAMES BRADDOCK BIGGERMAN, using a facility and means of interstate commerce, that is, a cell phone and the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual, who had not attained the age of 18 years, and who was located at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, to engage in prostitution and sexual activity for which any person could have been charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JENNIFER RADA HERRALD
Assistant United States Attorney