August 13, 2021

To whom it may concern:

We have known Jim Biggerman since about 2011. We met him as he and his family attended our church and later regularly participated in a Sunday night Bible study that met in our home. We've had the opportunity to watch him as he grew from a grade schooler up through his high school years.

One of my earliest memories of Jim is of him escorting some younger children playing outside in the yard and his mother assuring me that he was very protective of the other children; and I saw that instinct in him. Jim was always respectful to us and willingly helped when asked. As he grew older, and we would go on trips, we would leave our dog with his family to care for and he was very involved in the care of our pet.

Jim worked hard to pass his high school classes and successfully graduate. We watched him as he worked around the family farm; he was a willing worker. He seemed to be a bit of a self-starter in getting after his chores. But he did like to play on the motorized toys that his dad provided.

We retired and left the area in 2019 but we've remained in touch with his dad. After Jim was incarcerated, he has reached out to us regularly and we talk with him on the phone as we consider the Biggerman kids close enough to be grandkids.


Sincerely,

Duane and Jill McCormick