August 18, 2021

Arthur Joseph Roberts III
825 Honeysuckle Drive
Martinsburg, WV 25401

TO WHOM IT MAY CONCERN:

I have known Jim Biggerman for the better part of a decade. And while I've not established a strong personal relationship with him—although we have begun to more recently over phone calls—I have with his two older brothers, Eric and Will, along with his father, Will.

My proximity to and experience alongside this family confirms that Jim has been raised in a consistently loving home. Will, his father, has been a steady presence and help and, given the opportunity, will continue to walk alongside his son in all possible ways.

Over the last few months, my interactions with his siblings and father have revealed a blessing that many young men like Jim fail to receive: unconditional love and an atmosphere of grace.

I am happy to assist in this matter, however the court sees fit. Please do not hesitate to contact me.


Every Blessing,


Pastor AJ Roberts
240-329-9163