

# Berkeley County
# Home Confinement

520 S. Raleigh St.
Martinsburg, WV 25401
Phone: 304-262-1439
Fax: 304-262-9814
Tim Czaja, Director



August 17, 2021

Re: Biggerman, James
Case No.: 20-P-CR-308

James Biggerman was ordered to the Berkeley County Home Confinement Program on August 6, 2020 as a condition of bond for his criminal charges. Biggerman began participating in the program on August 12, 2020 and continued until his arrest by Federal authorities on October 9, 2020 for a total of 59 days.

During Biggerman's participation he tested negative for drug/alcohol use/abuse and received no violations during this time. Biggerman remained compliant to supervision and would be eligible to participate if required in the future.

Please feel free to contact me if additional information is required.

Respectfully,

Steele Viccellio, Supervisor
Home Confinement Program