# Exhibit 1



    

**Direct** 

 **jamesbiggerman122112122** 


jamesbiggerman122112122
I know so are ypu · 11w


jamesbiggerman122112122,
jamesbiggerman122112122: It'... · 12w

I want a threesome

You know how a threesome is right

Ummm... not really

It's where instead of 2 people fucking its 3 and it's where I fhck you and shes does what she wants to either of us and same if I'm fucking her you do what you want to us

Ohh..ok..I get it lol

 Message...  

























**Direct** 



jamesbiggerman122112122 



jamesbiggerman122112122
I know so are ypu · 11w

jamesbiggerman122112122,
jamesbiggerman122112122: It'... · 12w

  Oh ok what

Who are the other girls?

  I'll show you them ok

  Ok



  Message...    








