Exhibit 2

| # | Box | To/From | Time | Number | Status | Type | Message |
|---|---|---|---|---|---|---|---|
| 269 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:29:29 PM(UTC+0) | | Sent | Phone | What you mean Source Extraction: Advanced Logical |
| 270 | Inbox | From +13042797303 Direction: Incoming | Time 7/10/2020 8:29:15 PM(UTC+0) | +19703769769 | Read | Phone | So what's the difference Source Extraction: Advanced Logical |
| 271 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:28:34 PM(UTC+0) | | Sent | Phone | If I didnt get any money this week I was gonna pay you 200 next week ok baby Source Extraction: Advanced Logical |
| 272 | Inbox | From +13042797303 Direction: Incoming | Time 7/10/2020 8:27:47 PM(UTC+0) | +19703769769 | Read | Phone | But u said 200 so that's what I thought Source Extraction: Advanced Logical |
| 273 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:27:40 PM(UTC+0) | | Sent | Phone | Babe Source Extraction: Advanced Logical |
| 274 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:26:34 PM(UTC+0) | | Sent | Phone | You said 100 for the threesome but if I pay you next week then its 200 Source Extraction: Advanced Logical |
| 275 | Inbox | From +13042797303 Direction: Incoming | Time 7/10/2020 8:26:06 PM(UTC+0) | +19703769769 | Read | Phone | Where's the rest Source Extraction: Advanced Logical |
| 276 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:24:34 PM(UTC+0) | | Sent | Phone | So Source Extraction: Advanced Logical |
| 277 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:24:31 PM(UTC+0) | | Sent | Phone | I got my check for my rim Source Extraction: Advanced Logical |
| 278 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:24:05 PM(UTC+0) | | Sent | Phone | I sent it babe Source Extraction: Advanced Logical |
| 279 | Inbox | From +13042797303 Direction: Incoming | Time 7/10/2020 8:24:03 PM(UTC+0) | +19703769769 | Read | Phone | Why Source Extraction: Advanced Logical |
| 280 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 8:22:51 PM(UTC+0) | | Sent | Phone | Now ok Source Extraction: Advanced Logical |
| 281 | Inbox | From +13042797303 Direction: Incoming | Time 7/10/2020 8:22:31 PM(UTC+0) | +19703769769 | Read | Phone | When Source Extraction: Advanced Logical |
| 282 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 5:02:30 PM(UTC+0) | | Sent | Phone | _____ babe I'm sending you $100 and $100 ok Source Extraction: Advanced Logical |
| 283 | Sent | To +13042797303 Direction: Outgoing | Time 7/10/2020 3:43:16 PM(UTC+0) | | Sent | Phone | Hey you there Source Extraction: Advanced Logical |
| 284 | Sent | To +13042797303 Direction: Outgoing | Time 7/9/2020 8:13:56 PM(UTC+0) | | Sent | Phone | Why what did I do Source Extraction: Advanced Logical |
| 285 | Inbox | From +13042797303 Direction: Incoming | Time 7/9/2020 8:13:44 PM(UTC+0) | +19703769769 | Read | Phone | No you cannot sorry Source Extraction: Advanced Logical |

17

| # | Type | To/From | Time | Party | Status | Method | Message |
|---|---|---|---|---|---|---|---|
| 235 | Sent | To +13042797303  Direction: Outgoing | Time 7/12/2020 5:38:16 AM(UTC+0) | | Sent | Phone | Wanna call me  Source Extraction: Advanced Logical |
| 236 | Sent | To +13042797303  Direction: Outgoing | Time 7/12/2020 5:38:03 AM(UTC+0) | | Sent | Phone | Is everything ok  Source Extraction: Advanced Logical |
| 237 | Inbox | From +13042797303  Direction: Incoming | Time 7/12/2020 5:37:54 AM(UTC+0) | +19703769769 | Read | Phone | Was taking a nap  Source Extraction: Advanced Logical |
| 238 | Sent | To +13042797303  Direction: Outgoing | Time 7/12/2020 5:37:54 AM(UTC+0) | | Sent | Phone | Hey, what's up?  Source Extraction: Advanced Logical |
| 239 | Inbox | From +13042797303  Direction: Incoming | Time 7/12/2020 5:37:44 AM(UTC+0) | +19703769769 | Read | Phone | Hey  Source Extraction: Advanced Logical |
| 240 | Sent | To +13042797303  Direction: Outgoing | Time 7/11/2020 10:28:52 PM(UTC+0) | | Sent | Phone | You there  Source Extraction: Advanced Logical |
| 241 | Sent | To +13042797303  Direction: Outgoing | Time 7/11/2020 7:55:30 PM(UTC+0) | | Sent | Phone | Thank you babe  Source Extraction: Advanced Logical |
| 242 | Inbox | From +13042797303  Direction: Incoming | Time 7/11/2020 7:55:16 PM(UTC+0) | +19703769769 | Read | Phone | Yes sounds perfect next Saturday  Source Extraction: Advanced Logical |
| 243 | Sent | To +13042797303  Direction: Outgoing | Time 7/11/2020 5:13:15 PM(UTC+0) | | Sent | Phone | Are we still able to have a threesome next Saturday I'll pay you the other 100 each friday I promise you this time  Source Extraction: Advanced Logical |
| 244 | Sent | To +13042797303  Direction: Outgoing | Time 7/10/2020 8:44:20 PM(UTC+0) | | Sent | Phone | Call me then  Source Extraction: Advanced Logical |
| 245 | Inbox | From +13042797303  Direction: Incoming | Time 7/10/2020 8:43:52 PM(UTC+0) | +19703769769 | Read | Phone | Are you okay bruh nobody talking about a fucking Jeep I'm talking about your words  Source Extraction: Advanced Logical |
| 246 | Sent | To +13042797303  Direction: Outgoing | Time 7/10/2020 8:39:48 PM(UTC+0) | | Sent | Phone | Yes it was just a jeep I promise  Source Extraction: Advanced Logical |
| 247 | Inbox | From +13042797303  Direction: Incoming | Time 7/10/2020 8:39:08 PM(UTC+0) | +19703769769 | Read | Phone | ____ told me you posted you want a girl who doesn't use you for money when before today u haven't sent me or cait any money for weeks so plz stop actually like u supply sum or really do much for me at all when it's always me. And what do you mean it was just a Jeep nobody talking about a Jeep  Source Extraction: Advanced Logical |
| 248 | Sent | To +13042797303  Direction: Outgoing | Time 7/10/2020 8:37:35 PM(UTC+0) | | Sent | Phone | Yeah  Source Extraction: Advanced Logical |
| 249 | Inbox | From +13042797303  Direction: Incoming | Time 7/10/2020 8:37:19 PM(UTC+0) | +19703769769 | Read | Phone | It's just a jeep  Source Extraction: Advanced Logical |
| 250 | Sent | To +13042797303  Direction: Outgoing | Time 7/10/2020 8:37:15 PM(UTC+0) | | Sent | Phone | I never posted anything about that at all  Source Extraction: Advanced Logical |
| 251 | Inbox | From +13042797303  Direction: Incoming | Time 7/10/2020 8:37:10 PM(UTC+0) | +19703769769 | Read | Phone | What  Source Extraction: Advanced Logical |