# Exhibit 3




# Extraction Report - Cellebrite Reports

## Call Log (185)

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **To:** +13042797303 **Direction:** Outgoing | 7/16/2020 8:29:13 PM(UTC+0) | 00:00:10 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 2 | **To:** +13042797303 **Direction:** Outgoing | 7/16/2020 12:37:26 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 3 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 5:51:30 PM(UTC+0) | 00:00:16 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 4 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 5:34:57 PM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 5 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 4:52:59 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 6 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 4:15:49 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 7 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 4:15:04 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 8 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 2:41:36 AM(UTC+0) | 00:01:37 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 9 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 1:52:51 AM(UTC+0) | 00:00:09 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 10 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 1:52:21 AM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 11 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 1:52:05 AM(UTC+0) | 00:00:29 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 12 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 1:51:25 AM(UTC+0) | 00:00:08 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 13 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 12:22:56 AM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 14 | **To:** +13042797303 **Direction:** Outgoing | 7/15/2020 12:22:42 AM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 15 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 9:55:04 PM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 16 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 9:54:17 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 17 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 8:52:15 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 18 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 8:03:18 PM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 19 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 7:29:20 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 20 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 7:21:19 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 21 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 4:43:55 AM(UTC+0) | 00:00:06 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 22 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 4:42:06 AM(UTC+0) | 00:01:33 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 23 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 4:41:31 AM(UTC+0) | 00:00:09 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 24 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 2:13:04 AM(UTC+0) | 00:00:11 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 25 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 1:44:03 AM(UTC+0) | 00:00:28 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 26 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 1:36:55 AM(UTC+0) | 00:00:06 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 27 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 1:34:11 AM(UTC+0) | 00:00:10 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 28 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 1:01:46 AM(UTC+0) | 00:00:09 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 29 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 12:42:44 AM(UTC+0) | 00:04:08 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 30 | **To:** +13042797303<br>**Direction:** Outgoing | 7/14/2020 12:19:49 AM(UTC+0) | 00:00:07 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 31 | **To:** +13042797303<br>**Direction:** Outgoing | 7/13/2020 6:34:14 PM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 32 | **To:** +13042797303<br>**Direction:** Outgoing | 7/10/2020 8:44:22 PM(UTC+0) | 00:00:26 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 33 | **To:** +13042797303<br>**Direction:** Outgoing | 7/10/2020 8:29:33 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 34 | **To:** +13042797303<br>**Direction:** Outgoing | 7/7/2020 4:26:11 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 35 | **From:** +13042797303<br>**Direction:** Incoming | 7/7/2020 4:24:23 AM(UTC+0) | 00:01:42 | Incoming | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 36 | **To:** +13042797303<br>**Direction:** Outgoing | 6/29/2020 9:22:10 PM(UTC+0) | 00:00:39 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 37 | **From:** +13042797303<br>**Direction:** Incoming | 6/29/2020 7:33:30 PM(UTC+0) | 00:00:00 | Missed | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 38 | **To:** +13042797303<br>**Direction:** Outgoing | 6/28/2020 3:38:53 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 39 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 9:35:03 PM(UTC+0) | 00:02:26 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 40 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 9:34:17 PM(UTC+0) | 00:00:09 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 41 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 8:18:44 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 42 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 5:20:02 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 43 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 1:52:25 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 44 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 1:25:39 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 45 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 1:23:09 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 46 | **To:** +13042797303<br>**Direction:** Outgoing | 6/25/2020 1:22:25 AM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 47 | **To:** +13042797303<br>**Direction:** Outgoing | 6/24/2020 2:00:07 AM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 48 | **To:** +13042797303<br>**Direction:** Outgoing | 6/24/2020 1:49:50 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 49 | **To:** +13042797303 **Direction:** Outgoing | 6/24/2020 1:45:19 AM(UTC+0) | 00:00:21 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 50 | **To:** +13042797303 **Direction:** Outgoing | 6/24/2020 1:43:16 AM(UTC+0) | 00:00:27 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 51 | **To:** +13042797303 **Direction:** Outgoing | 6/24/2020 1:42:40 AM(UTC+0) | 00:00:07 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 52 | **To:** +13042797303 **Direction:** Outgoing | 6/24/2020 1:38:47 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 53 | **To:** +13042797303 **Direction:** Outgoing | 6/24/2020 1:34:22 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 54 | **From:** +13042797303 **Direction:** Incoming | 6/23/2020 4:43:58 PM(UTC+0) | 00:06:36 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 55 | **To:** +13042797303 **Direction:** Outgoing | 6/22/2020 11:02:05 PM(UTC+0) | 00:01:17 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 56 | **To:** +13042797303 **Direction:** Outgoing | 6/22/2020 11:00:08 PM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 57 | **To:** +13042797303 **Direction:** Outgoing | 6/22/2020 10:59:32 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 58 | **To:** +13042797303 **Direction:** Outgoing | 6/22/2020 9:30:05 PM(UTC+0) | 00:00:06 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 59 | **To:** +13042797303 **Direction:** Outgoing | 6/22/2020 9:17:52 PM(UTC+0) | 00:00:06 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 60 | **To:** +13042797303 **Direction:** Outgoing | 6/22/2020 8:59:41 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 61 | **To:** +13042797303 **Direction:** Outgoing | 6/22/2020 6:17:03 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 62 | **To:** +13042797303 **Direction:** Outgoing | 6/21/2020 5:13:36 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 63 | **To:** +13042797303 **Direction:** Outgoing | 6/20/2020 5:10:52 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 64 | **To:** +13042797303 **Direction:** Outgoing | 6/20/2020 2:31:13 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 65 | **To:** +13042797303 **Direction:** Outgoing | 6/19/2020 11:59:07 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 66 | **To:** +13042797303 **Direction:** Outgoing | 6/19/2020 2:55:04 AM(UTC+0) | 00:00:06 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 67 | **To:** +13042797303 **Direction:** Outgoing | 6/19/2020 2:40:42 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 68 | **From:** +13042797303 **Direction:** Incoming | 6/19/2020 12:51:30 AM(UTC+0) | 00:02:12 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 69 | **To:** +13042797303 **Direction:** Outgoing | 6/19/2020 12:49:44 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 70 | **To:** +13042797303 **Direction:** Outgoing | 6/19/2020 12:14:49 AM(UTC+0) | 00:00:52 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 71 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 10:02:34 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 72 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 9:58:53 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 73 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 9:51:16 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 74 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 9:05:28 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 75 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 8:52:18 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 76 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 8:19:08 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 77 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 7:32:28 PM(UTC+0) | 00:00:25 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 78 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 7:30:48 PM(UTC+0) | 00:01:18 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 79 | **From:** +13042797303 **Direction:** Incoming | 6/18/2020 7:30:22 PM(UTC+0) | 00:00:00 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 80 | **From:** +13042797303 **Direction:** Incoming | 6/18/2020 7:30:09 PM(UTC+0) | 00:00:00 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 81 | **From:** +13042797303 **Direction:** Incoming | 6/18/2020 6:28:17 PM(UTC+0) | 00:00:52 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 82 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 6:18:29 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 83 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 3:09:23 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 84 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 2:51:00 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 85 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 2:45:20 AM(UTC+0) | 00:00:09 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 86 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 2:43:35 AM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 87 | **From:** +13042797303 **Direction:** Incoming | 6/18/2020 2:25:00 AM(UTC+0) | 00:15:40 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 88 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 2:13:28 AM(UTC+0) | 00:07:02 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 89 | **From:** +13042797303 **Direction:** Incoming | 6/18/2020 2:09:21 AM(UTC+0) | 00:03:08 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 90 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 1:23:53 AM(UTC+0) | 00:02:44 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 91 | **From:** +13042797303 **Direction:** Incoming | 6/18/2020 1:08:43 AM(UTC+0) | 00:12:49 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 92 | **From:** +13042797303 **Direction:** Incoming | 6/18/2020 1:04:14 AM(UTC+0) | 00:03:06 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 93 | **To:** +13042797303 **Direction:** Outgoing | 6/18/2020 12:08:29 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 94 | **To:** +13042797303 **Direction:** Outgoing | 6/17/2020 7:45:18 PM(UTC+0) | 00:00:06 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 95 | **To:** +13042797303 **Direction:** Outgoing | 6/17/2020 7:37:17 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 96 | **To:** +13042797303 **Direction:** Outgoing | 6/17/2020 2:08:25 AM(UTC+0) | 00:00:07 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 97 | **To:** +13042797303 **Direction:** Outgoing | 6/17/2020 2:08:16 AM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 98 | **To:** +13042797303 **Direction:** Outgoing | 6/17/2020 12:52:36 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 99 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 5:55:37 PM(UTC+0) | 00:27:31 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |

| # | Parties | Time | Duration | Direction | | | | Source | |
|---|---|---|---|---|---|---|---|---|---|
| 100 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 5:24:48 PM(UTC+0) | 00:10:47 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 101 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 5:23:37 PM(UTC+0) | 00:00:14 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 102 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 4:52:03 PM(UTC+0) | 00:31:18 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 103 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 4:28:02 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 104 | **From:** +13042797303 **Direction:** Incoming | 6/16/2020 4:26:16 PM(UTC+0) | 00:01:35 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 105 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 6:52:45 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 106 | **From:** +13042797303 **Direction:** Incoming | 6/16/2020 3:17:48 AM(UTC+0) | 00:24:43 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 107 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 3:16:47 AM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 108 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 2:26:11 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 109 | **From:** +13042797303 **Direction:** Incoming | 6/16/2020 2:21:34 AM(UTC+0) | 00:00:00 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 110 | **To:** +13042797303 **Direction:** Outgoing | 6/16/2020 12:01:30 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 111 | **To:** +13042797303 **Direction:** Outgoing | 6/15/2020 11:53:47 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 112 | **To:** +13042797303 **Direction:** Outgoing | 6/15/2020 11:39:43 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 113 | **To:** +13042797303 **Direction:** Outgoing | 6/15/2020 11:36:20 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 114 | **To:** +13042797303 **Direction:** Outgoing | 6/15/2020 11:35:34 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 115 | **From:** +13042797303 **Direction:** Incoming | 6/15/2020 8:40:25 PM(UTC+0) | 00:00:51 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 116 | **From:** +13042797303 **Direction:** Incoming | 6/14/2020 4:43:10 PM(UTC+0) | 00:01:18 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 117 | **From:** +13042797303<br>**Direction:** Incoming | 6/14/2020 4:32:05 PM(UTC+0) | 00:01:32 | Incoming | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 118 | **From:** +13042797303<br>**Direction:** Incoming | 6/13/2020 11:24:13 PM(UTC+0) | 00:01:03 | Incoming | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 119 | **From:** +13042797303<br>**Direction:** Incoming | 6/13/2020 5:44:18 PM(UTC+0) | 00:00:29 | Incoming | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 120 | **To:** +13042797303<br>**Direction:** Outgoing | 6/13/2020 5:24:31 PM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 121 | **To:** +13042797303<br>**Direction:** Outgoing | 6/13/2020 4:48:46 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 122 | **To:** +13042797303<br>**Direction:** Outgoing | 6/13/2020 2:02:05 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 123 | **To:** +13042797303<br>**Direction:** Outgoing | 6/13/2020 12:26:12 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 124 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 8:59:50 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 125 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 6:21:39 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 126 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 6:19:39 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 127 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 3:17:41 AM(UTC+0) | 00:00:10 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 128 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 3:17:28 AM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 129 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 3:01:27 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 130 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 3:00:56 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 131 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 12:53:39 AM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 132 | **To:** +13042797303<br>**Direction:** Outgoing | 6/12/2020 12:37:50 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 133 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 11:16:59 PM(UTC+0) | 00:00:25 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 134 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 8:57:19 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 135 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 6:54:15 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 136 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 3:38:28 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 137 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 11:08:42 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 138 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 2:13:20 AM(UTC+0) | 00:00:11 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 139 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 2:12:14 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 140 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 2:03:18 AM(UTC+0) | 00:00:08 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 141 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 1:44:56 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 142 | **To:** +13042797303<br>**Direction:** Outgoing | 6/11/2020 1:04:39 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 143 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 11:46:26 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 144 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 11:38:43 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 145 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 11:34:16 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 146 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 10:54:44 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 147 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 10:01:22 PM(UTC+0) | 00:00:34 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 148 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 9:57:14 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 149 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 6:59:51 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 150 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 6:33:10 PM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 151 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 6:23:10 PM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 152 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 6:17:00 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 153 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 6:05:09 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 154 | **To:** +13042797303<br>**Direction:** Outgoing | 6/10/2020 5:59:50 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 155 | **To:** +13042797303<br>**Direction:** Outgoing | 6/9/2020 12:54:52 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 156 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 9:24:20 PM(UTC+0) | 00:01:05 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 157 | **From:** +13042797303<br>**Direction:** Incoming | 6/8/2020 9:22:42 PM(UTC+0) | 00:00:00 | Incoming | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 158 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 8:39:24 PM(UTC+0) | 00:00:32 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 159 | **From:** +13042797303<br>**Direction:** Incoming | 6/8/2020 8:27:19 PM(UTC+0) | 00:00:35 | Incoming | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 160 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 8:11:54 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 161 | **From:** +13042797303<br>**Direction:** Incoming | 6/8/2020 5:57:47 AM(UTC+0) | 00:00:00 | Missed | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 162 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 4:08:10 AM(UTC+0) | 00:01:36 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 163 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 3:28:59 AM(UTC+0) | 00:01:31 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 164 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 3:28:29 AM(UTC+0) | 00:00:20 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 165 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 3:28:17 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 166 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 3:25:41 AM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |
| 167 | **To:** +13042797303<br>**Direction:** Outgoing | 6/8/2020 3:16:17 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 168 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 3:10:56 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 169 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 3:05:19 AM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 170 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 2:58:28 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 171 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 2:57:05 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 172 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 2:56:21 AM(UTC+0) | 00:00:05 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 173 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 2:54:03 AM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 174 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 2:52:34 AM(UTC+0) | 00:00:04 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 175 | **To:** +13042797303 **Direction:** Outgoing | 6/8/2020 2:51:48 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 176 | **From:** +13042797303 **Direction:** Incoming | 6/7/2020 5:11:50 PM(UTC+0) | 00:00:40 | Incoming | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 177 | **To:** +13042797303 **Direction:** Outgoing | 6/7/2020 5:11:27 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 178 | **To:** +13042797303 **Direction:** Outgoing | 6/7/2020 3:46:20 PM(UTC+0) | 00:00:03 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 179 | **To:** +13042797303 **Direction:** Outgoing | 6/7/2020 3:44:20 PM(UTC+0) | 00:00:06 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 180 | **To:** +13042797303 **Direction:** Outgoing | 6/7/2020 3:33:21 PM(UTC+0) | 00:00:08 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 181 | **To:** +13042797303 **Direction:** Outgoing | 6/7/2020 1:36:19 AM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 182 | **To:** +13042797303 **Direction:** Outgoing | 6/5/2020 11:43:06 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 183 | **To:** +13042797303 **Direction:** Outgoing | 6/5/2020 11:34:52 PM(UTC+0) | 00:00:02 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |
| 184 | **To:** +13042797303 **Direction:** Outgoing | 6/5/2020 11:28:59 PM(UTC+0) | 00:00:00 | Outgoing | | | | **Source:** **Source Extraction:** Advanced Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 185 | **To:** +13042797303<br>**Direction:** Outgoing | 6/3/2020 11:46:32 PM(UTC+0) | 00:00:46 | Outgoing | | | | **Source:**<br>**Source Extraction:** Advanced Logical | |

12